```
          FILED
       2012 SEP 17  AM 10: 55
       CLERK US DISTRICT COURT
     SOUTHERN DISTRICT OF CALIFORNIA

     BY _____Van_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 11CR1090-BTM |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION** |
| vs. | |
| RUBEN LOPEZ-CALDERON, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

**IT IS SO ORDERED.**

Dated: ___9/17/12___.

HON. CATHY ANN BENCIVENGO
**United States District Judge**